ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BENITO ACUNA,

   Petitioner,

  v.

RON BARNES, (A) Warden,

   Respondent.

Case No. CV 12-07864 ODW (AN)

JUDGMENT

  IT IS HEREBY ADJUDGED AND DECREED THAT this action is summarily dismissed for the reasons set forth in the Court's related Order.

Dated: September 18, 2012

          _____
          OTIS D. WRIGHT, II
          UNITED STATES DISTRICT JUDGE