ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BENITO ACUNA,

        Petitioner,

    v.

RON BARNES, (A) Warden,

        Respondent.

    ) 
    ) 
    ) 
    ) 
    ) 
    ) 

Case No. CV 12-07864 ODW (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED AND DECREED THAT this action is summarily dismissed for the reasons set forth in the Court's related Order.

Dated: September 18, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE